UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-395-D-16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANUSKA VIDITO | **ORDER** |

Before the Court is the Defendant's motion to file Docket Entry 1843 (Sentencing Memorandum) and attached exhibits under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 1843 (Sentencing Memorandum) and attached exhibits shall be filed under seal.

SO ORDERED.

This the _2_ day of _May_, 2025.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE